No. 10-5220
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

In re:  Reginald G. Moore et al.,

        Petitioners.
_____

**PETITIONERS' NOTICE OF WITHDRAWAL OF
PETITION FOR MANDAMUS**

_____

    John P. Relman
    Jennifer I. Klar
    Megan Moran-Gates
    Relman, Dane & Colfax PLLC
    1225 19th Street, N.W., Suite 600
    Washington, D.C. 20036
    (202) 728-1888

    E. Desmond Hogan
    Thomas J. Widor
    Dana Boehm
    Hogan Lovells US LLP
    555 Thirteenth Street, N.W.
    Washington, D.C. 20004
    (202) 637-5600

August 5, 2010                                  *Counsel for Petitioners*

# CERTIFICATE AS TO PARTIES

Pursuant to Circuit Rule 28(a)(1)(A), the following is a list of all parties who have appeared in the District Court and may appear before this Court:

The Honorable Richard W. Roberts, U.S. District Judge, District of Columbia

Reginald G. Moore, Plaintiff-Petitioner

Andrew E. Harris, Plaintiff-Petitioner

Leroy Hendrix, Plaintiff-Petitioner

Luther K. Ivery, Plaintiff-Petitioner

Kenneth Rooks, Plaintiff-Petitioner

Camilla Simms, Plaintiff-Petitioner

C. Yvette Summerour, Plaintiff-Petitioner

John E. Turner, Plaintiff-Petitioner

Cheryl L. Tyler, Plaintiff-Petitioner

<u>Counsel for Plaintiffs-Petitioners</u>:

John P. Relman, Relman, Dane & Colfax PLLC

Jennifer I. Klar, Relman, Dane & Colfax PLLC

Megan Moran-Gates, Relman, Dane & Colfax PLLC

E. Desmond Hogan, Hogan Lovells US LLP

Dana Boehm, Hogan Lovells US LLP

Thomas J. Widor, Hogan Lovells US LLP

Janet Napolitano, Secretary of Homeland Security, Defendant

Counsel for Defendant:

Marina Utgoff Braswell, U.S. Attorneys' Office for the District of Columbia

Benton Gregory Peterson, U.S. Attorneys' Office for the District of Columbia

Harry B. Roback, U.S. Attorneys' Office for the District of Columbia

Edith Margeurita Shine, U.S. Secret Service

# PETITIONERS' NOTICE OF WITHDRAWAL OF
# PETITION FOR MANDAMUS

Petitioners hereby respectfully withdraw their June 30, 2010 Petition for Mandamus (C.A. Doc. No. 1252739). The U.S. District Court for the District of Columbia has now issued the two rulings that Petitioners sought to compel with this Petition. *See* D.C. Doc. No. 656 (July 15, 2010); D.C. Doc. No. 659 (Aug. 4, 2010).

Respectfully submitted,

 /s/John P. Relman
John P. Relman
Jennifer I. Klar
Megan Moran-Gates
Relman, Dane & Colfax PLLC
1225 19th Street, N.W., Suite 600
Washington, D.C. 20036
(202) 728-1888

E. Desmond Hogan
Thomas J. Widor
Dana Boehm
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 728-1888

Dated: August 5, 2010         *Attorneys for Petitioners*

1

## PROOF OF SERVICE

I hereby certify that a true and correct copy of the foregoing Petitioners' Notice of Withdrawal of Petition for Mandamus was electronically filed with the Clerk of the Court using the ECF system on this 5th day of August, 2010, and served by hand-delivery upon:

> The Honorable Richard W. Roberts
> U.S. District Court for the
> District of Columbia
> 333 Constitution Ave., N.W.
> Washington, D.C. 20001
> *U.S. District Court Judge*

I further certify that a true and correct copy of the foregoing Petitioners' Notice of Withdrawal of Petition for Mandamus was served by first-class mail on this 5th day of August, 2010, upon:

> Marina Utgoff Braswell
> Benton Gregory Peterson
> Harry B. Roback
> U.S. Attorneys' Office
> 555 Fourth Street, NW
> Washington, D.C. 20530
>
> Edith Margeurita Shine
> United States Secret Service
> Communication Center (LEG)
> 245 Murray Lane, S.W., Bldg. T-5
> Washington, D.C. 20223
> *Counsel for Defendant*

      /s/John P. Relman
      John P. Relman

2